UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 15-1835-MWF (AFMx)**                                              Dated: November 10, 2016

Title:       Unicolors, Inc. -v- GRG USA, LLC et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Rita Sanchez                                                              None Present
    Courtroom Deputy                                                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                                              None Present

PROCEEDINGS (IN CHAMBERS):            COURT ORDER

    In light of the Notice of Settlement filed November 7, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **December 12, 2016 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other dates are hereby vacated.

    IT IS SO ORDERED.

MINUTES FORM 90                                                              Initials of Deputy Clerk   rs
CIVIL - GEN